IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AMERITAS LIFE INSURANCE        )
CORP., AMERITAS VARIABLE LIFE  )
INSURANCE COMPANY, and ACACIA  )
LIFE INSURANCE, Company,       )
                               )
              Plaintiffs,      )          4:07CV3212
                               )
         v.                    )
                               )
KENNETH KAMEI,                 )          MEMORANDUM AND ORDER
                               )
              Defendant.       )
                               )

        This action was filed by the plaintiffs on August 21, 2007.
Filing 1.  More than 120 days have passed, yet the plaintiff has
filed no proof of service on the defendant as required under
Federal Rule of Civil Procedure 4(l), and there has been no entry
of appearance or filing made on behalf of the defendant.


        IT THEREFORE HEREBY IS ORDERED:  The plaintiff is given
until February 26, 2008 to show cause why this case should not be
dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for
want of prosecution.


        DATED this 15th day of February, 2008.


                        BY THE COURT:


                        s/ *David L. Piester*
                        David L. Piester
                        United States Magistrate Judge