IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERITAS LIFE INSURANCE CORP., et al., | ) ) ) | 4:07CV3212 |
| Plaintiffs, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| KENNETH KAMEI, | ) ) | |
| Defendant. | ) | |

Pursuant to Plaintiffs' notice of dismissal (filing 7) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed without prejudice.

April 3, 2008.                               BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge